THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

------------------------------------X

PICCONE

v.                              Civil Docket No.: 1-15-cv-536 (JCC/TCB)

LEE ET. AL

------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Louis A. Piccone, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgement dismissing the above-identified case, entered December 29, 2015.

*Electronically signed,*
*Louis A. Piccone*

Louis A. Piccone
593 McGill St.
Hawkesbury, Ontario
CANADA
K6A-1R1
(613) 632-4798
lpiccone@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached notice of appeal was e-mailed to the following addreses this 23th day of February 2016:

Kimere.Kimball@usdoj.gov

Electronically signed,<br>
/s/ Louis A. Piccone<br>
_____<br>
Louis A. Piccone